## Commonwealth *v.* Washington, Appellant.

Submitted June 12, 1970. *William Manfredi* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

Submitted June 8, 1970. *Ralph W. D. Levan*, Assistant Public Defender, for appellant; *Grant E. Wesner*, Assistant District Attorney, and *Robert L. Van Hoove*, District Attorney, for Commonwealth, appellee.

Order affirmed.